UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DOUGLAS JORDAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:16-CV-122-PLR-CCS ) |
| BLOUNT COUNTY, et al., | ) ) |
| Defendants. | ) |

## MEMORANDUM OPINION

This matter is before the court on defendant James Brooks' motion for a final judgment for the purposes of Federal Rule of Civil Procedure 54(b) [Doc. 181]. By prior order, this Court dismissed all claims against Brooks [Doc. 111]. The dismissal of Brooks from this action has not been appealed, and the time for doing so has expired.

Pursuant to Rule 54(b), "any order . . . that adjudicates fewer than all the claims of the rights and liabilities of fewer than all the parties does not end the action as to any of the claims or parties" unless the court directs entry of a final judgment for those parties or claims upon the express finding of "no just reason for delay." Defendant Brooks argues there is no just reason to delay entry of a final order as it relates to him. The Court notes that plaintiff has not opposed the motion and the time for doing so has expired.

Accordingly, for the good cause stated, the motion for entry of a final judgment [Doc. 181 is **GRANTED.**

**Enter:**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**