UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| DOUGLAS JORDAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:16-CV-122-PLR-CCS ) |
| BLOUNT COUNTY, et al., | ) ) |
| Defendants. | ) |

# JUDGMENT

In accordance with the Memorandum Opinion filed contemporaneously herewith, it is **ORDERED** that James Brooks is **DISMISSED** as a defendant in this action pursuant to Federal Rule of Civil Procedure 54(b).

Enter:

_____
**CHIEF UNITED STATES DISTRICT JUDGE**